JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VALENZUELA, ALDOLFO VALENZUELA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BEAUMONT, OFFICER CHRISTOPHER RAMOS, in his individual and official capacity, OFFICER FREDERICK STEWARD, in his individual and official capacity, BEAUMONT POLICE DEPARTMENT, DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. ED CV07-00976 SGL (JCRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Stipulation to dismiss the above-entitled action, including defendants, CITY OF BEAUMONT, OFFICER CHRISTOPHER RAMOS, OFFICER FREDERICK STEWARD, and BEAUMONT POLICE DEPARTMENT with prejudice, each party

///

///

///

to bear his or her own costs and fees, is hereby granted, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: June 22, 2009

_____
Honorable Stephen G. Larson
United States District Court

Respectfully submitted,

Eugene P. Ramirez, Esq. (SBN 134865)
L. Trevor Grimm, Esq., SBN 186801
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, California   90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@mmker.com, ltg@mmker.com

Attorneys for Defendants
CITY OF BEAUMONT, OFFICER CHRISTOPHER RAMOS, OFFICER FREDERICK STEWARD, and BEAUMONT POLICE DEPARTMENT